In re:

USA STAFFING SOLUTIONS, LLC    Case No: 8:25-bk-04358-CPM
STAFFING MANAGEMENT GROUP, LLC  Case No: 8:25-bk-04366-CPM
MK ULTRA INVESTMENTS, LLC,    Case No: 8:25-bk-04368-CPM
  Debtors.          Chapter 11 – Jointly Administered

_____/

## **PROOF OF SERVICE**
(Doc. No. 194)

I HEREBY CERTIFY that a true and correct copy of the *Final Order Granting Debtors'*

*Motion to Assume, With Modifications, Executory Contract with Bullhorn Inc.* (Doc. No. 194),

was filed with the Clerk of Court and furnished electronically to those parties registered to receive

service via CM/ECF on February 19, 2026 including the United States Trustee, who is registered

to receive electronic notices in this case, and via U.S. Mail to the following party on February 20,

2026:

Bullhorn, Inc.
100 Summer Street, 17th Floor
Boston, MA 02110

Dated: February 20, 2026.

          Respectfully submitted,

          */s/ Emanuel I. Flaquer*
          Daniel E. Etlinger
          Florida Bar No. 77420
          Megan W. Murray
          Florida Bar No. 0093922
          Emanuel I. Flaquer
          Florida Bar No. 1058467
          UNDERWOOD MURRAY, P.A.
          100 N Tampa Street, Suite 2325
          Tampa, FL 33602
          Tel: 813-540-8401
          Email: detlinger@underwoodmurray.com
             mmurray@underwoodmurray.com
             eflaquer@underwoodmurray.com
          *Counsel to the Debtors*