UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

| | |
|---|---|
| USA STAFFING SERVICES, LLC, | Case No: 8:25-bk-04358-CPM |
| STAFFING MANAGEMENT GROUP, LLC, | Case No: 8:25-bk-04366-CPM |
| MK ULTRA INVESTMENTS, LLC | Case No: 8:25-bk-04368-CPM |
| Debtors. | Chapter 11 Jointly Administered |

_________________________________/

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF CHAPTER 11 PLAN OF REORGANIZATION AS SUPPLEMENTED AND MODIFIED**

USA Staffing Services, LLC, Staffing Management Group, LLC, and MK Ultra Investments, LLC, (collectively the "**Debtors**"), by and through their undersigned counsel, hereby file this Notice of Occurrence of Effective Date of the *Debtors' Second Amended Joint Chapter 11 Plan of Reorganization* (Doc. No. 169) and as further amended by the Notice of Filing New Plan Projections (Doc. No. 170) and as modified by the settlements and other changes announced on the record in open Court during the Confirmation Hearing (collectively the "**Plan**").

On February 19, 2026, this Court entered the *Order Approving Disclosure Statement, Granting Motion for Cramdown and Confirming Debtors' Plan* (Doc. No. 195).All conditions to the Effective Date have been satisfied. **The Effective Date of the Plan is March 6, 2026**. A summary of anticipated payments to each class of creditors pursuant to the Plan will be filed on record.

Dated: March 10, 2026.

Respectfully submitted,

/s/ Emanuel I. Flaquer
Daniel E. Etlinger
Florida Bar Number 77420
Megan W. Murray
Florida Bar No, 0093922
Emanuel I. Flaquer

Florida Bar Number 1058467
UNDERWOOD MURRAY, P.A.
100 N Tampa Street, Suite 2325
Tampa, FL 33602
Tel: 813-540-8401
Email: detlinger@underwoodmurray.com
mmurray@underwoodmurray.com
eflaquer@underwoodmurray.com
Counsel to the Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing, which was filed with the Clerk of Court, has been furnished electronically to those parties registered to receive service via CM/ECF including the United States Trustee, on March 10, 2026.

/s/ Emanuel I. Flaquer
Emanuel I. Flaquer